1
2
3
4                                                                    JS-6
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11   AMANDA RODRIGUEZ,                    Case No. 8:19-cv-00447-MAA
12                    Plaintiff,
13        v.                             **JUDGMENT**
14   ANDREW M. SAUL,
15   Commissioner of Social Security,
16                    Defendant.
17

18        In accordance with the Memorandum Decision and Order Affirming Decision
19   of the Commissioner filed herewith,
20        IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
21   Security is affirmed and this matter is dismissed with prejudice.
22
23   DATED:  May 07, 2020
24
25                                        _____
                                          MARIA A. AUDERO
26                                        UNITED STATES MAGISTRATE JUDGE
27
28